**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MELISSA SUE SHRAWDER,<br>*Plaintiff*,<br>v.<br>BOROUGH OF POTTSTOWN, *et al*.,<br>*Defendants*. | No. 2:24-cv-05715 |

**ORDER**

**AND NOW**, this 24th day of September, 2026, upon consideration of Defendants' Motion for Summary Judgment (Dkt. No. 22) and accompanying Brief in Support (Dkt. No. 22-1), Plaintiff's Brief Opposing Defendant's Motion (Dkt. No. 23), and Defendants' Reply Brief in Support (Dkt. No. 29), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to mark this matter as **CLOSED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.